UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**WILLIAM BRADFORD WEATHERLY,**

    Plaintiff,

v.                                     Case No: 5:24-cv-50-PRL

**TRINITY TILE GROUP OF OCALA, INC.,**

    Defendant.

## ORDER

This consent case is before the Court on Plaintiff's notice of resolution advising the Court that the case has been fully resolved subject to the Court's approval of the parties' proposed settlement. Accordingly, it is ORDERED that:

1. The Clerk is directed to terminate any pending motions and administratively close this case pending further Order.

2. The Court notes that this case was brought under the Fair Labor Standards Act (FLSA). FLSA provisions are mandatory, not subject to negotiation or bargaining between employers and employees, and not subject to waiver. *See Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982). Therefore, the parties will be required to submit settlement documents for the Court's review, if the claim or claims have been compromised, or other appropriate dismissal documents. If the parties have settled this matter without compromise, they may file a stipulation of dismissal

- 2 -

in accordance with Rule 41 of the Federal Rules of Civil Procedure to close this file.

3. The parties shall have until July 25, 2024, to file the appropriate documents to close out this file.

**DONE** and **ORDERED** in Ocala, Florida on May 23, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties